· FLORA L. RAY, Respondent, *v.* THE NEW YORK BAY EXTENSION RAILROAD COMPANY, Appellant.

*Ray* v. *N. Y. B. E. R. R. Co.*, 34 App. Div. 3, appeal dismissed.
(Argued February 28, 1899; decided March 7, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 27, 1898, affirming an order of Special Term denying a motion to open a judgment.

*William J. Kelly* for appellant.

*M. E. Hardy* and *Charles M. Demond* for respondent.

Appeal dismissed, with costs, on argument.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BAILER DECKER, Appellant.

(Submitted February 27, 1899; decided March 7, 1899.)

MOTION for an allowance under section 308 of the Code of Criminal Procedure, as amended by chapter 427 of the Laws of 1897, for services and expenses of defendant's counsel in arguing before the Court of Appeals an appeal from a judgment of the Supreme Court, rendered September 2, 1898, and entered upon a verdict, convicting the defendant of the crime of murder in the first degree. (See 157 N. Y. 186.)

*W. J. Powers* for motion.

No one opposed.

Ordered, that defendant's counsel be awarded $250 for his · compensation.